UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOE ED STACKHOUSE,

        Plaintiff,

                              Case No. 1:07-cv-1094

v.

                              Honorable Wendell A. Miles

MAGISTRATE JUDGE
TIMOTHY P. GREELEY et al.,

        Defendants.
_____/

**ORDER OF DISMISSAL**

       This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On November 7, 2007, the Court entered an order of deficiency (docket #3) because Plaintiff had failed to pay the $350.00 civil action filing fee or to file a certified copy of his prisoner trust account statement for the past six months as required by 28 U.S.C. § 1915(a)(2) to apply to proceed *in forma pauperis*. The Court allowed thirty days for Plaintiff to comply. Plaintiff was warned that if he failed to comply, the Court would presume that he was not proceeding *in forma pauperis*, assess the entire filing fee, and dismiss his case for want of prosecution.

       More than thirty days have elapsed. Plaintiff failed to pay the $350.00 civil action filing fee or to submit the requisite prisoner trust account statement to apply to proceed *in forma*

*pauperis*.  Because Plaintiff has wholly failed to comply with the Court's order, dismissal of this action without prejudice for want of prosecution is appropriate.  Therefore:

        IT IS ORDERED that the captioned case is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.


Dated: <u>December 20, 2007</u>                        <u>/s/ Wendell A. Miles</u>
                                                         Wendell A. Miles
                                                          Senior United States District Judge